**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SANTIAGO SAUCEDO-BRAVO,

    Defendant.

---

## MINUTE ORDER[1]

---

A **Notice of Disposition** [#11][2] was filed on May 15, 2012. On **May 22, 2012**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: May 16, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.